**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVID NAVIZADEH, M.D. an individual; NAVID NAVIZADEH, M.D., Inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., a New York Corporation, METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT, SHAWN ABRAHAMSE, an individual, TRISH OWENS, an individual, CJA AND ASSOCIATES, INC., GEORGE EVENSON, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 10-338-GW(AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

In accordance with the stipulation of the parties made pursuant to Federal Rule of Civil Procedure 41(a)(1) and good cause appearing therefor, IT IS ORDERED:

1. That this entire action and all of the claims for relief alleged by each plaintiff against each defendant are hereby DISMISSED WITH PREJUDICE; and

///

2. Each party shall bear his, her or its own costs and expenses related to the prosecution and defense of this action.

Dated: March 15, 2012

*/s/ George H. Wu*

Hon. George H. Wu
UNITED STATES DISTRICT JUDGE